SUCCESSION OF SCOFIELD DAVIS

NO. 24-C-396

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

*Linda Wiseman*
First Deputy Clerk

September 10, 2024

## ON APPLICATION FOR REHEARING

Panel composed of Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**<u>REHEARING APPLICATION DENIED</u>**

**MEJ**
**SUS**
**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Linda Wiseman*
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/10/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-C-396**

*Curtis B. Pursell*

**CURTIS B. PURSELL**
CLERK OF COURT

**E-NOTIFIED**

24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
James A. Harry (Relator)                          Rudy W. Gorrell, Jr. (Respondent)

**MAILED**

William R. Penton, III (Relator)
Attorney at Law
3535 Canal Street
Suite 200
New Orleans, LA 70119